

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2018

No. 04-18-00308-CR

Quinton **COX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-10-00139-CRK
Honorable H. Paul Canales, Judge Presiding

# **O R D E R**

The record in this appeal was due July 5, 2018. On July 10, court reporter Staci Slayden filed volumes 1 – 6 of the record. Volume 7 of the record containing the exhibits has not been filed. We order Ms. Slayden to file the exhibit volume of the reporter's record by July 30, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2018.

_____
Keith E. Hottle
Clerk of Court